**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ALBERT KEITH HAYNES,**

    **Petitioner,**

**v.**                                                      **Case No. 1:20-cv-3-AW-GRJ**

**SECRETARY, DEP'T OF
CORRECTIONS,**

    **Respondent.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Albert Haynes is serving a life sentence for kidnapping and concurrent sentences for other offenses. He petitioned for habeas relief under § 2254, raising two issues. The magistrate judge prepared a report and recommendation concluding relief should be denied. ECF No. 12. Haynes filed objections. ECF No. 15. After careful consideration and a de novo review, I conclude the report and recommendation should be adopted, and I incorporate it into this order. Haynes's objections are overruled.

The clerk will enter a judgment that says, "The § 2254 petition is denied." The clerk will then close the file. A certificate of appealability is DENIED.

SO ORDERED on September 29, 2022.

s/ *Allen Winsor*
United States District Judge